*Donald D. Dakers*, special public defender, in support of the petition.

*Paul J. Ferencek*, assistant state's attorney, in opposition.

Decided December 4, 1996

NICHOLAS R. DINAPOLI, JR., TRUSTEE, ET AL. *v.* JOHN P. COOKE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 43 Conn. App. 419 (AC 14290), is denied.

*Paul L. Bollo*, in support of the petition.

Decided December 4, 1996

NICHOLAS R. DINAPOLI, JR., TRUSTEE, ET AL. *v.* JOHN P. COOKE ET AL.

The plaintiffs' cross petition for certification for appeal from the Appellate Court, 43 Conn. App. 419 (AC 14290), is denied.

*Thomas W. Beecher*, in support of the petition.

*Paul L. Bollo*, in opposition.

Decided December 4, 1996

STATE OF CONNECTICUT *v.* ROY GUBITOSI, JR.

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 448 (AC 14690), is denied.